**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**RASHAD OGBONNA RUSSELL**                                                  **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 4:09-cv-22-HTW-LRA**

**CARL MONK, AUSTIN COOLEY**
**AND WAYNE COUNTY JAIL**                                              **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 29th day of July, 2009.

                                         s/ HENRY T. WINGATE
                                         CHIEF UNITED STATES DISTRICT JUDGE